UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION



*********************************************************************
|                              | * |                  |
| UNITED STATES OF AMERICA,    | * | CR 08-30085 (01) |
|                              | * |                  |
| Plaintiff,                   | * |                  |
|                              | * |                  |
| -vs-                         | * |                  |
|                              | * |                  |
| BERT CECIL LAFFERTY, JR.,    | * |                  |
|                              | * |                  |
| Defendant.                   | * |                  |

*********************************************************************
|                              | * |                  |
| UNITED STATES OF AMERICA,    | * | CR 08-30102 (01) |
|                              | * |                  |
| Plaintiff,                   | * |                  |
|                              | * |                  |
| -vs-                         | * |                  |
|                              | * |                  |
| PATRICK SCOTT POMANI,        | * |                  |
|                              | * |                  |
| Defendant.                   | * |                  |

*********************************************************************

**ORDER AND OPINION**

Defendant Pomani has filed a motion (Doc. 21) to dismiss the indictment with a supporting memorandum (Doc. 22). Defendant Voice filed a motion (Doc. 15) to dismiss the indictment and the government filed a response (Doc. 19). Defendant Lafferty filed a motion (Doc. 19) to dismiss with a supporting memorandum of law (Doc. 20) and an amended supporting memorandum (Doc. 22) and the government filed a response (Doc. 21). United States Magistrate Judge Moreno conducted an evidentiary hearing on

February 12, 2009. This was a consolidated hearing and covered <u>United States v. Lafferty</u>, 08-30085, <u>United States v. Voice</u>, 08-30101, and <u>United States v. Pomani</u>, 08-30102. All defendants and counsel for all parties were present. I have conducted a *de novo* review of the <u>Pomani</u> transcript (Doc. 26) and the transcript (Doc. 29) of a continued hearing as to defendant <u>Pomani</u> only in 08-30102. I have conducted a *de novo* review of the <u>Lafferty</u> transcript (Doc. 27). I have read and considered all other documents and the numerous exhibits.

Chief Judge Schreier is the presiding judge in <u>Voice</u>.

The magistrate issued a report and recommendation (Doc. 30) in <u>Pomani</u>. The recommendation is to deny the motion to dismiss.

Defendant <u>Pomani</u> timely filed objections (Doc. 33) dealing with the recommendation as to the motion to dismiss which objections are without legal merit.

The magistrate issued a report and recommendation (Doc. 26) in <u>Lafferty</u>. The recommendation is to deny the motion to dismiss.

Defendant <u>Lafferty</u> timely filed objections (Doc. 33) dealing with the recommendation as to the motion to dismiss which objections are without legal merit.

The various reports and recommendations should be adopted, the suppression motions denied, and the objections overruled.

Now, therefore,

IT IS ORDERED, as follows:

1) The motion (Doc. 21) to dismiss the indictment in <u>Pomani</u> is denied.

2) The report and recommendation in <u>Pomani</u> (Doc. 30) is adopted.

3) The objections (Doc. 33) of defendant <u>Pomani</u> to the report and recommendation are overruled.

4) The motion (Doc. 19) to dismiss the indictment in <u>Lafferty</u> is denied.

5) The report and recommendation in <u>Lafferty</u> (Doc. 26) is adopted.

3) The objections (Doc. 33) of defendant <u>Lafferty</u> to the report and recommendation are overruled.

Dated this 6th day of April, 2009.

BY THE COURT:

/s/ Charles B. Kornmann
CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: /s/ Barbara J Baeppler
          DEPUTY
(SEAL)

3